# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 10-51123

MARTI TELFORD; HOLLI TELFORD; CINDY CHRISTENSON,

Plaintiffs-Appellants,

versus

ERIC LYON; KEVIN MCDONOUGH;
UTAH DEPARTMENT OF TRANSPORTATION;
IDAHO DEPARTMENT OF TRANSPORTATION; COSMO CLARK;
MARK OLSEN; OLSON AND ASSOCIATES; NAR, INCORPORATED;
CLAUDIA LAYCOCK; CHRISTINE DURHAM, in Her Official Capacity;
MARY ANN HANSON, ET AL.,

Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Texas

O R D E R :

IT IS ORDERED that the conduct of Holli Telford, also known as Holli Lundahl, toward court personnel during telephone conversations and via

email correspondence has been found to be abusive and vexatious. She is barred from communicating with the clerk's office and all members of this court's staff by any means except postal mail or commercial carrier. She is further barred from having any direct contact with chambers of any judge of this court by any means. The clerk's office is instructed to communicate with her only via postal mail or commercial carrier.

IT IS FURTHER ORDERED that Lundahl's conduct evidences that she should not and will not be allowed the privilege of filing electronically.

IT IS FURTHER ORDERED that all the above prohibitions apply to this case and all other currently pending actions filed by Lundahl and any future actions she may file in this court.

/s/ Jerry E. Smith
JERRY E. SMITH
United States Circuit Judge