# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 09, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 10-51123 Marti Telford, et al v. Eric Lyon, et al
USDC No. 6:10-CV-154

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Mary Frances Yeager
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Scott D. Cheney
Ms. Cindy Christenson
Mrs. Lesli Gwen Ginn
Ms. Mary Ann Hansen
Mr. William Putnicki
Ms. Holli Telford
Mr. Marti Telford