# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 10-51123

MARTI TELFORD; HOLLI TELFORD; CINDY CHRISTENSON,

Plaintiffs - Appellants

v.

ERIC LYON; KEVIN MCDONOUGH; UTAH DEPARTMENTS OF TRANSPORTATION; IDAHO DEPARTMENT OF TRANSPORTATION; COSMO CLARK; MARK OLSON; OLSON AND ASSOCIATES; NAR, INCORPORATED; CLAUDIA LAYCOCK; CHRISTINE DURHAM, in her official capacity; MARY ANN HANSEN, ET AL

Defendants - Appellees

Appeal from the United States District Court for the
Western District of Texas, Waco

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of 3/25/11, for want of prosecution. The appellants failed to timely appellant brief and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Rhonda F. Parker

By: ____________________________
Rhonda F. Parker, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

*Dismissal Order LR42- DIS2*